UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LINDA ANDERSON, et al.,
                             Plaintiffs,

                -against-

3M COMPANY, et al.,
                            Defendants.
------------------------------------------------------------X

23 Civ. 5021 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued June 20, 2023, scheduled an initial pre-trial conference for August 9, 2023, and required the parties to submit a joint letter and proposed case management plan in advance of the conference;

WHEREAS, an Order issued July 6, 2023, by the United States Judicial Panel on Multidistrict Litigation conditionally transferred this matter to the District of South Carolina, pursuant to 28 U.S.C. § 1407. It is hereby

**ORDERED** that the initial conference and the deadline to file the joint letter and case plan are adjourned *sine die*. Within fourteen days of any transfer of this case from the District of South Carolina, the parties shall file a status letter informing the Court of the status of this case.

Dated: July 10, 2023
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE